IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHIGAN URGENT CARE & PRIMARY. CARE PHYSICIANS, P.C. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:15-CV-11233-AC-AKM ) ) |
| VALEANT PHARMACEUTICALS NORTH AMERICA, LLC, | ) ) ) |
| Defendant. | ) ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties have negotiated a settlement, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs and the dismissal of Plaintiff's putative class claims without prejudice and without costs.

**IT IS SO ORDERED.**

Dated: June 19, 2015              s/Avern Cohn
                                  U.S. District Court Judge

1

2

STIPULATED AND AGREED:

| **MICHIGAN URGENT CARE & PRIMARY CARE PHYSICIANS, P.C.** | **VALEANT PHARMACEUTICALS NORTH AMERICA, LLC** |
|---|---|
| s/Daniel A. Edelman | s/Lawrence J. Murphy (with permission) |
| By one of its attorneys | By one of its attorneys |
| Daniel Edelman | Lawrence J. Murphy |
| Edelman, Combs, Latturner & Goodwin LLC | Honigman Miller Schwartz and Cohn LLP |
| 20 S. Clark St., Suite 1500 | 660 Woodward Avenue |
| Chicago, IL 60603 | 2290 First National Building |
| 312-739-4200 | Detroit, MI 48226-3506 |
| Courtecl@edcombs.com | 313-465-7488 |
| | lmurphy@honigman.com |